COMAR LAW
D. Inder Comar (SBN 243732)
    inder@comarlaw.com
995 Market Street, Second Floor
San Francisco, CA 94103
Telephone: +1.415.562.6790
Facsimile: +1.415.513.0445
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYOUNG HO LEE,<br><br>        Plaintiff,<br><br>vs.<br><br>TATOUMIK LIMITED, d/b/a "Mary Katrantzou,"<br><br>        Defendant. | CASE NO. 4-15-cv-04819 KAW<br><br>**STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN MYOUNG HO LEE AND TATOUMIK LIMITED, AND [PROPOSED] ORDER**<br><br>**Judge: Hon. Kandis Westmore** |

      Pursuant to Fed. R. Civ. P. 41, Civ. L.R. 7-12, and the agreement of the parties, Plaintiff Myoung Ho Lee ("*Lee*") on the one hand, and Defendant Tatoumik Limited ("*Tatoumik*") on the other hand, by and through their respective counsel of record, hereby stipulate and agree as follows:

      1.    In this action, via its Complaint Lee asserted claims of infringement of U.S. Copyright Registration No. VA0001968065, violation of the Lanham Act, and related claims against Tatoumik.

      2.      Tatoumik filed an Answer to the Complaint, denying all material allegations asserted therein and denying liability.

      3.      Lee and Tatoumik have now reached an agreement to settle their differences relating to the above-captioned action.

      4.      All claims Lee asserted against Tatoumik, including those asserted in its Complaint in the above-captioned action are hereby dismissed with prejudice.

      5.      The parties shall each bear their own costs and attorneys' fees in connection with the action.

Dated: February 24, 2017

Respectfully Submitted,

*/S/ Owen Seitel*
Owen Seitel
Crown, LLP
Counsel for Defendant, Tatoumik Limited

*/S/ D. Inder Comar*
D. Inder Comar
Counsel for Plaintiff Myoung Ho Lee

I hereby attest that I have the consent of all electronic signatures indicated by a "conformed" signature (/S/) within this efiled document.

*/S/ D. Inder Comar*
D. Inder Comar
Counsel for plaintiff Myoung Ho Lee

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 3/21/17

Honorable Kandis Westmore
United States Magistrate Judge